GREENBRIER, INC., PLAINTIFF-PETITIONER, v. ERWIN B. HOCK, DIRECTOR, ETC., DEFENDANT-RESPONDENT.

See same case below: 14 *N. J. Super.* 39.

*Mr. Abraham I. Mayer,* for the petitioner.

*Mr. Theodore D. Parsons* and *Mr. Samuel B. Helfand,* for the respondent.

September 10, 1951.   Denied.

IN THE MATTER OF THE ESTATE OF ISAAC B. BEALES, DECEASED.

See same case below: 13 *N. J. Super.* 222.

*Messrs. Major & Carlsen,* for the petitioner.

*Mr. Warren Dixon, Jr.,* for the respondent.

September 10, 1951.   Denied.